FILED
2024 Oct-17  PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| v. | } | Case No.  5:24-mj-1154-HNJ |
| | } | |
| **ERIC COUNCIL, JR.** | } | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon the motion of the United States, it is ORDERED that a detention hearing is set for Tuesday, October 22, 2024, at 10:00 a.m. before the undersigned at the United States Courthouse, 660 Gallatin Street, SW, Huntsville, Alabama.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

If the defendant intends to waive this hearing, defense counsel is DIRECTED to file a written waiver no later than one business day before the scheduled hearing.

**DONE**, this 17th day of October, 2024.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.